**Order entered March 22, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-10-00342-CV

### AMERICAN EUROCOPTER CORPORATION, Appellant

### V.

### CJ SYSTEMS AVIATION GROUP, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 02-3974**

## ORDER

Appellant's motion for extension of time to file motion for rehearing is **GRANTED**, and

the time for appellant to file its motion for rehearing is extended to April 4, 2013.

/s/     LANA MYERS
          JUSTICE